# EXHIBIT C

**CounDue, DebtEd, MEANSNO, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Bankruptcy Petition #: 8-19-70699-reg

*Assigned to:* Robert E. Grossman
Chapter 7
Voluntary
No asset

*Date filed:* 01/28/2019
*Date terminated:* 06/21/2019
*Debtor dismissed:* 05/21/2019
*341 meeting:* 06/12/2019
*Deadline for objecting to discharge:* 05/06/2019
*Deadline for financial mgmt. course:* 05/06/2019

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Maria Farella Merlo**
529 Ocean Avenue
Massapequa, NY 11758
NASSAU-NY
SSN / ITIN: xxx-xx-8756

represented by **J Caesar Galarza**
Galarza Law office, P.C.
5020 Sunrise Highway, 2nd Floor
Massapequa Park, NY 11762
(516) 797-1600
Fax : (516) 795-2619
Email: jgalarza@aol.com

*Trustee*
**Marc A. Pergament**
Weinberg Gross & Pergament
400 Garden City Plaza
Suite 403
Garden City, NY 11530
(516) 877-2424

represented by **Marc A. Pergament**
Weinberg Gross & Pergament
400 Garden City Plaza
Suite 403
Garden City, NY 11530
(516) 877-2424
Email: mpergament@wgplaw.com

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
(631) 715-7800

| Filing Date | # | Docket Text |
|---|---|---|
| 01/28/2019 | 1 (51 pgs) | Chapter 7 Voluntary Petition for Individuals. Fee Amount $335 Filed by J Caesar Galarza on behalf of Maria Farella Merlo (Galarza, J) (Entered: 01/28/2019) |
| 01/28/2019 | 2 (1 pg) | Pre-Petition Statement Pursuant to E.D.N.Y LBR 2017-1 Filed by J Caesar Galarza on behalf of Maria Farella Merlo (Galarza, J) (Entered: 01/28/2019) |
| 01/28/2019 | | Receipt of Voluntary Petition (Chapter 7)(8-19-70699) [misc,volp7a] ( 335.00) Filing Fee. Receipt number 17571419. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 01/28/2019) |

| | | |
|---|---|---|
| 01/28/2019 | [3](#) (1 pg) | Certificate of Credit Counseling for Filed by J Caesar Galarza on behalf of Maria Farella Merlo (Galarza, J) (Entered: 01/28/2019) |
| 01/28/2019 | [4](#) (2 pgs) | Employee Income Records / Copies of Pay Statements Filed by J Caesar Galarza on behalf of Maria Farella Merlo (Galarza, J) (Entered: 01/28/2019) |
| 01/28/2019 | [5](#) (6 pgs; 4 docs) | NOTICE NOT GENERATED - Request for Notice - Meeting of Creditors Chapter 7 No Asset (ssw) Modified on 1/28/2019 (ssw). (Entered: 01/28/2019) |
| 01/28/2019 | | Meeting of Creditors Chapter 7 No Asset & Appointment of Chapter 7 Trustee, Marc A Pergament, , 341(a) Meeting to be held on 03/05/2019 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY . Last day to oppose discharge or dischargeability is 05/06/2019 . Financial Management Certificate due by 05/06/2019 . (Entered: 01/28/2019) |
| 01/29/2019 | [6](#) (6 pgs; 4 docs) | Request for Notice - Meeting of Creditors Chapter 7 No Asset (ssw) (Entered: 01/29/2019) |
| 01/31/2019 | [7](#) (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 01/31/2019. (Admin.) (Entered: 02/01/2019) |
| 01/31/2019 | [8](#) (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 01/31/2019. (Admin.) (Entered: 02/01/2019) |
| 03/07/2019 | | Statement Adjourning 341(a) Meeting of Creditors to 3/19/2019 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. (Pergament, Marc) (Entered: 03/07/2019) |
| 03/20/2019 | | Statement Adjourning 341(a) Meeting of Creditors to 4/4/2019 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. (Pergament, Marc) (Entered: 03/20/2019) |
| 03/25/2019 | [9](#) (6 pgs; 5 docs) | Motion to Dismiss Case *for the unexcused failure of the debtor to appear on March 5, 2019 and March 19, 2019at the meeting of creditors mandated by 11 U.S.C. §341(a)* Filed by Marc A Pergament on behalf of Marc A Pergament. Hearing scheduled for 5/20/2019 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Attachments: # [1](#) Affirmation in Support # [2](#) Proposed Order) (Pergament, Marc) (Entered: 03/25/2019) |
| 03/28/2019 | [10](#) (2 pgs) | BNC Certificate of Mailing with Notice of Hearing on Dismissal Notice Date 03/28/2019. (Admin.) (Entered: 03/29/2019) |
| 04/08/2019 | | Statement Adjourning 341(a) Meeting of Creditors to 4/17/2019 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. (Pergament, Marc) (Entered: 04/08/2019) |
| 04/18/2019 | | Statement Adjourning 341(a) Meeting of Creditors to 5/1/2019 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. (Pergament, Marc) (Entered: 04/18/2019) |
| 04/21/2019 | [11](#) (2 pgs; 2 docs) | Notice of No Financial Management Certificate before Discharge for Debtor(s). (fincert7) (Entered: 04/21/2019) |
| 04/24/2019 | [12](#) | BNC Certificate of Mailing with Notice of No Financial Management |

| | | |
|---|---|---|
| | (2 pgs) | Certificate Notice Date 04/24/2019. (Admin.) (Entered: 04/25/2019) |
| 05/03/2019 | | Statement Adjourning 341(a) Meeting of Creditors to 5/14/2019 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. (Pergament, Marc) (Entered: 05/03/2019) |
| 05/16/2019 | | Statement Adjourning 341(a) Meeting of Creditors to 6/12/2019 at 09:00 AM at Room 561, 560 Federal Plaza, CI, NY. (Pergament, Marc) (Entered: 05/16/2019) |
| 05/20/2019 | | Hearing Held; (related document(s): 9 Motion to Dismiss Case filed by Marc A Pergament) Appearance: Waived: Motion Granted order submitted (mtagle) (Entered: 05/22/2019) |
| 05/21/2019 | 13 (3 pgs; 3 docs) | Order Dismissing Case with Notice of Dismissal (RE: related document(s)9 Motion to Dismiss Case filed by Trustee Marc A Pergament). Signed on 5/21/2019 (amp) (Entered: 05/21/2019) |
| 05/23/2019 | 14 (3 pgs) | BNC Certificate of Mailing with Notice of Dismissal Notice Date 05/23/2019. (Admin.) (Entered: 05/24/2019) |
| 06/03/2019 | | Chapter 7 Trustee's Report of No Distribution - I, Marc A Pergament, having been appointed trustee of the estate of the above-named debtor(s), report that this case was DISMISSED or CONVERTED. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims) Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Marc A Pergament. (Pergament, Marc) (Entered: 06/03/2019) |
| 06/21/2019 | 15 (2 pgs; 2 docs) | Order to Close Dismissed Case. Signed on 6/21/2019 (ssw) (Entered: 06/21/2019) |
| 06/21/2019 | | Bankruptcy Case Closed (ssw) (Entered: 06/21/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2022 13:03:20 | | | |
| **PACER Login:** | Jbrocks74FV | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8-19-70699-reg Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included |

|  |  |  | Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**PlnDue, DebtEd, DomSup, Repeat, PRVDISM, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
### Bankruptcy Petition #: 8-19-78128-reg

*Assigned to:* Robert E. Grossman
Chapter 13
Voluntary
Asset

*Date filed:* 12/02/2019
*Date terminated:* 02/06/2020
*Debtor dismissed:* 01/17/2020
*341 meeting:* 02/24/2020

*Debtor disposition:*  Dismissed for Other Reason

*Debtor*
**Maria Farella Merlo**
529 Ocean Avenue
Massapequa, NY 11758
NASSAU-NY
SSN / ITIN: xxx-xx-8756

represented by **Maria Farella Merlo**
PRO SE

*Trustee*
**Michael J. Macco**
2950 Express Drive South
Suite 109
Islandia, NY 11749
(631) 549-7900

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
(631) 715-7800

| Filing Date | # | Docket Text |
|---|---|---|
| 12/02/2019 | [1](#) (26 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $310 Filed by Maria Farella Merlo Government Proof of Claim due by 6/1/2020. (alh) (Entered: 12/02/2019) |
| 12/02/2019 | | Prior Filing Case Number(s): 19-70699-reg dismissed on 05/21/2019 (alh) (Entered: 12/02/2019) |
| 12/02/2019 | | Judge Assigned Due to Prior Filing, Judge Reassigned. (alh) (Entered: 12/02/2019) |
| 12/02/2019 | | 341(a) meeting to be held on 01/06/2020 at 11:00 AM at Room 561, 560 Federal Plaza, CI, NY. Proofs of Claims due by 2/10/2020. (alh) (Entered: 12/02/2019) |

| Date | Doc # | Description |
|---|---|---|
| 12/02/2019 | [3](#) (1 pg) | Certificate of Credit Counseling for Debtor Filed by Maria Farella Merlo (alh) (Entered: 12/02/2019) |
| 12/02/2019 | [4](#) (3 pgs; 2 docs) | Deficient Filing Chapter 13: Last day to file Section 521(i)(1) documents is 1/16/2020. Schedule C due 12/16/2019. Schedule D due 12/16/2019. Schedule E/F due 12/16/2019. Schedule G due 12/16/2019. Schedule H due 12/16/2019. Statement of Financial Affairs for Individuals Filing for Bankruptcy Form 107 due 12/16/2019. Chapter 13 Plan due by 12/16/2019. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 12/16/2019. Copies of pay statements received from any employer due by 12/16/2019. Incomplete Filings due by 12/16/2019. (alh) (Entered: 12/02/2019) |
| 12/02/2019 | [5](#) (6 pgs; 4 docs) | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 2/6/2020 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. Last day to Object to Confirmation 2/6/2020.Objections to 523 due by 3/6/2020. (alh) (Entered: 12/02/2019) |
| 12/02/2019 |  | Receipt of Chapter 13 Filing Fee - $310.00. Receipt Number 262700. (AH) (admin) (Entered: 12/02/2019) |
| 12/04/2019 | [6](#) (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 12/04/2019. (Admin.) (Entered: 12/05/2019) |
| 12/04/2019 | [7](#) (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 12/04/2019. (Admin.) (Entered: 12/05/2019) |
| 12/04/2019 | [8](#) (3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 12/04/2019. (Admin.) (Entered: 12/05/2019) |
| 01/03/2020 | [9](#) (2 pgs; 2 docs) | Final Notice of Section 521 Deficiencies (amp) (Entered: 01/03/2020) |
| 01/05/2020 | [10](#) (2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 01/05/2020. (Admin.) (Entered: 01/06/2020) |
| 01/07/2020 |  | Statement Adjourning 341(a) Meeting of Creditors to 2/24/2020 at 11:30 AM at Room 561, 560 Federal Plaza, CI, NY. Debtor absent. (Macco, Michael) (Entered: 01/07/2020) |
| 01/08/2020 | [11](#) (3 pgs) | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 2/6/2020 at 09:30 AM at Courtroom 860 (Judge Grossman), CI, NY. (Macco, Michael) (Entered: 01/08/2020) |
| 01/17/2020 | [12](#) (1 pg) | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s)[4](#) Deficient Filing Chapter 13, [9](#) Final Notice of Section 521 Deficiencies) (amp) (Entered: 01/17/2020) |
| 01/17/2020 | [14](#) (2 pgs; 2 docs) | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (amp) (Entered: 01/22/2020) |
| 01/21/2020 | [13](#) (1 pg) | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. 521(i)(1). (RE: related document(s)[12](#) Request for Judicial Determination Re: 521 Documents). Signed on 1/21/2020 (amp) (Entered: 01/22/2020) |

| 01/23/2020 | [15](#)<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Richard Postiglione on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust (Postiglione, Richard) (Entered: 01/23/2020) |
|---|---|---|
| 01/24/2020 | [16](#)<br>(4 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 01/24/2020) |
| 01/24/2020 | [17](#)<br>(3 pgs) | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Notice Date 01/24/2020. (Admin.) (Entered: 01/25/2020) |
| 02/06/2020 | [18](#)<br>(2 pgs; 2 docs) | Order to Close Automatically Dismissed Case (ch13c4dsm) (Entered: 02/06/2020) |
| 02/06/2020 |  | Close Bankruptcy Case (ch13disms) (Entered: 02/06/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/26/2022 12:25:10 | | | |
| **PACER Login:** | Jbrocks74FV | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 8-19-78128-reg Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**CounDue, DebtEd, MEANSNO**

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
## Bankruptcy Petition #: 8-22-71690-reg

*Assigned to:* Robert E. Grossman
Chapter 7
Voluntary
No asset

*Date filed:* 07/11/2022
*341 meeting:* 08/19/2022
*Deadline for objecting to discharge:* 10/18/2022
*Deadline for financial mgmt. course:* 10/18/2022

*Debtor*
**Michael J Merlo**
529 Ocean Avenue
Massapequa, NY 11758
NASSAU-NY
SSN / ITIN: xxx-xx-8533

represented by **Julio Ceasar Galarza**
Galarza Law office, P.C.
5020 Sunrise Highway, 2nd Floor
Massapequa Park, NY 11762
(516) 797-1600
Fax : (516) 795-2619
Email: jgalarza@aol.com

*Trustee*
**Kenneth Kirschenbaum**
Kirschenbaum & Kirschenbaum
200 Garden City Plaza
Suite 315
Garden City, NY 11530
(516) 747-6700

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
(631) 715-7800

| Filing Date | # | Docket Text |
|---|---|---|
| 07/11/2022 | 1 (48 pgs) | Chapter 7 Voluntary Petition for Individuals. Fee Amount $338 Filed by Julio Ceasar Galarza on behalf of Michael J Merlo (Galarza, Julio) (Entered: 07/11/2022) |
| 07/11/2022 | 2 (1 pg) | Pre-Petition Statement Pursuant to E.D.N.Y LBR 2017-1 Filed by Julio Ceasar Galarza on behalf of Michael J Merlo (Galarza, Julio) (Entered: 07/11/2022) |
| 07/11/2022 | | Receipt of Voluntary Petition (Chapter 7)( 8-22-71690) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A20909700. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 07/11/2022) |
| 07/11/2022 | 3 (1 pg) | Certificate of Credit Counseling for Filed by Julio Ceasar Galarza on behalf of Michael J Merlo (Galarza, Julio) (Entered: 07/11/2022) |

| 07/11/2022 | [4](#)<br>(1 pg) | Employee Income Record Cover Sheet Filed by Julio Ceasar Galarza on behalf of Michael J Merlo (Galarza, Julio) (Entered: 07/11/2022) |
|---|---|---|
| 07/11/2022 | | Meeting of Creditors Chapter 7 No Asset & Appointment of Chapter 7 Trustee, Kirschenbaum, Kenneth 341(a) Meeting to be held on 8/19/2022 at 10:00 AM at Room 561, 560 Federal Plaza, CI, NY. Financial Management Certificate due by 10/18/2022. Last day to oppose discharge or dischargeability is 10/18/2022. (Entered: 07/11/2022) |
| 07/11/2022 | [5](#)<br>(6 pgs; 4 docs) | Request for Notice - Meeting of Creditors Chapter 7 No Asset (ssw) (Entered: 07/11/2022) |
| 07/13/2022 | [6](#)<br>(4 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 07/13/2022. (Admin.) (Entered: 07/14/2022) |
| 07/13/2022 | [7](#)<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 07/13/2022. (Admin.) (Entered: 07/14/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/26/2022 11:03:37 | | | |
| **PACER Login:** | Jbrocks74FV | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8-22-71690-reg Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |