# EXHIBIT D

# NOTICE OF SALE

Supreme Court County Of Nassau

MTGLQ Investors, LP, Plaintiff

AGAINST

Michael Joseph Merlo a/k/a Michael J. Merlo, et al, Defendant

Pursuant to a Judgment of Foreclosure and Sale duly dated 8/30/2016 and entered on 9/28/2016, I, the undersigned Referee, will sell at public auction at the Courtroom of the Supreme Court Mineola, 100 Supreme Court Drive, Mineola, NY on April 21, 2020 at 11:30 AM premises known as 529 Ocean Avenue, Massapequa, NY 11758. All that certain plot piece or parcel of land, with the buildings and improvements erected, situate, lying and being in the County of Nassau, State of New York, SECTION: 52, BLOCK: 212, LOT: 566-569. Approximate amount of judgment is $398,629.72 plus interests and costs. Premises will be sold subject to provisions of filed Judgment Index # 17730/2008.

For sale information, please visit Auction.com at www.Auction.com or call (800) 280-2832.

John Dietz, Esq., Referee

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
53 Gibson Street
Bay Shore, NY 11706

# NOTICE OF SALE

Supreme Court County Of Nassau

MTGLQ Investors, LP, Plaintiff

AGAINST

Michael Joseph Merlo a/k/a Michael J. Merlo, et al, Defendant

Pursuant to a Judgment of Foreclosure and Sale duly dated 8/30/2016 and entered on 9/28/2016, I, the undersigned Referee, will sell at public auction at the Courtroom of the Supreme Court Mineola, 100 Supreme Court Drive, Mineola, NY on December 03, 2019 at 11:30 AM premises known as 529 Ocean Avenue, Massapequa, NY 11758. All that certain plot piece or parcel of land, with the buildings and improvements erected, situate, lying and being in the County of Nassau, State of New York, SECTION: 52, BLOCK: 212, LOT: 566-569. Approximate amount of judgment is $398,629.72 plus interests and costs. Premises will be sold subject to provisions of filed Judgment Index # 17730/2008.

For sale information, please visit Auction.com at www.Auction.com or call (800) 280-2832.

John Dietz, Esq., Referee

FRANKEL LAMBERT WEISS WEISMAN & GORDON LLP
53 Gibson Street
Bay Shore, NY 11706

**RECEIVED**

OCT 2 4 2019

NASSAU COUNTY
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

-----------------------------------------------------------------X   **Index No.: 17730/2008**

MTGLQ Investors, LP,

                                                 Plaintiff,      **AFFIDAVIT OF SERVICE**

-against-

Michael Joseph Merlo a/k/a Michael J. Merlo, America's
Wholesale Lender and Maria Merlo,

                                 Defendants.

-----------------------------------------------------------------X

**STATE OF NEW YORK**

**COUNTY OF SUFFOLK**

      I, Ashley Muroff, being sworn, says: I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

      On October 18, 2019, I served the within Notice of Sale on:

John Dietz, Esq., Esq.
*Referee*
186 Old Pond Court
Jericho, NY 11753-2823

Galarza Law Office, P.C.
*Attorney for Michael Joseph Merlo a/k/a Michael J Merlo and Maria Merlo*
5020 Sunrise Highway, 2nd Floor
Massapequa Park, NY 11762
Attn: J. Caesar Galarza

Any and All Occupants
529 Ocean Avenue,
Massapequa, NY 11758

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                _____
                                                                Ashley Muroff

Sworn before me this 18th
day of <u>October,</u> 2019

_____
Notary Public

                            ADAM C BERGER
                    Notary Public, State of New York
                        Reg. No. 01BE6378754
                      Qualified in Suffolk County
                  Commission Expires July 30, 2022

Page 1

Index # 17730/2008

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

MTGLQ Investors, LP

Plaintiff,

- against -

Michael Joseph Merlo a/k/a Michael J. Merlo, America's Wholesale Lender and Maria Merlo

Defendants.

## NOTICE OF SALE

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attorneys for Plaintiff
53 Gibson Street
Bay Shore, NY 11706

To

Attorney(s) for

Service of a copy of the within

is hereby admitted.

Dated,

Attorney(s) for

# NOTICE OF SALE

Supreme Court County Of Nassau

MTGLQ Investors, LP, Plaintiff

AGAINST

Michael Joseph Merlo a/k/a Michael J. Merlo, America's Wholesale Lender and Maria Merlo, et al, Defendant

Pursuant to a Judgment of Foreclosure and Sale duly dated 8/30/16 and entered on 9/28/16, I, the undersigned Referee, will sell at public auction at the Courtroom of the Supreme Court Mineola, 100 Supreme Court Drive, The Calendar Control Part (CCP), Mineola, NY on January 29, 2019 at 11:30 AM premises known as 529 Ocean Avenue, Massapequa, NY 11758. All that certain plot piece or parcel of land, with the buildings and improvements erected, situate, lying and being in the County of Nassau, State of New York, SECTION: 52, BLOCK: 212, LOT: 566-569. Approximate amount of judgment is $398,629.72 plus interests and costs. Premises will be sold subject to provisions of filed Judgment Index # 17730/2008.

For sale information, please visit Auction.com at www.Auction.com or call (800) 280-2832.

John Dietz, Esq., Referee

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
53 Gibson Street
Bay Shore, NY 11706

**RECEIVED**
JAN 03 2019
**NASSAU COUNTY**
**COUNTY CLERK'S OFFICE**



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------X
MTGLQ Investors, LP,

                                         Plaintiff,

      -against-

Michael Joseph Merlo a/k/a Michael J. Merlo, America's Wholesale Lender and Maria Merlo,
                                   Defendants.
-----------------------------------------------------------------X

**Index No.: 17730/2008**

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**

**COUNTY OF SUFFOLK**

      I, Debra Forgione, being sworn, says: I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

      On January 2, 2019, I served the within Notice of Sale on:

John Dietz, Esq.,
Referee
186 Old Pond Court
Jericho, NY 11753-2823

Michael Joseph Merlo a/k/a Michael J Merlo
529 Ocean Avenue
Massapequa, NY 11758

Any and All Occupants
529 Ocean Avenue
Massapequa, NY 11758

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                  _/s/ Debra Forgione_
                                                                   Debra Forgione

Sworn before me this 2nd
day of January, 2019

_/s/ S. McKinney Zappolo_
Notary Public

SHARIKA A MCKINNEY ZAPPOLO
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
COMM. EXP.

Index # 17730/2008

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

MTGLQ Investors, LP

                                          Plaintiff,

- against -

Michael Joseph Merlo a/k/a Michael J. Merlo, America's Wholesale Lender and Maria Merlo

                                          Defendants.

---

**NOTICE OF SALE**

---

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attorneys for Plaintiff
53 Gibson Street
Bay Shore, NY 11706

---

To

Attorney(s) for

---

Service of a copy of the within

                                          is hereby admitted.

Dated,

                    _____

Attorney(s) for

---



**PLEASE REPLY TO:**
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100

December 28, 2016

Motion Support Office
Nassau Supreme Court
100 Supreme Court Drive
Room 152
Mineola, NY 11501
AND
Nassau County Foreclosure Department
FAX 516-571-2167

    Re:    **Nationstar Mortgage LLC vs. Michael J. Merlo, et al.**
            **Index #: 17730/2008**
            **Our File No.**

Dear Sir/Madam:

Enclosed herewith please find an original and one copy of a Notice of Sale with Affidavit of Service for the above referenced foreclosure action. Please file the Notice of Sale and return a copy in the self-addressed, stamped envelope we have provided for your convenience.

If you have any questions please feel free to contact the undersigned. Thank you in advance for your assistance with this matter.

Sincerely,


Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

# NOTICE OF SALE

Supreme Court County Of Nassau

Nationstar Mortgage LLC, Plaintiff

AGAINST

Michael Joseph Merlo a/k/a Michael J. Merlo, et al, Defendant

Pursuant to a Judgment of Foreclosure and Sale duly dated 8/30/2016 and entered on 9/28/2016, I, the undersigned Referee, will sell at public auction at the Courtroom of the Supreme Court Mineola, 100 Supreme Court Drive, The Calendar Control Part (CCP), Mineola, NY on January 17, 2017 at 11:30 AM premises known as 529 Ocean Avenue, Massapequa, NY 11758. All that certain plot piece or parcel of land, with the buildings and improvements erected, situate, lying and being in the Borough and County of Nassau, State of New York, SECTION: 52, BLOCK: 212, LOT: 566-569. Approximate amount of judgment is $398,629.72 plus interests and costs. Premises will be sold subject to provisions of filed Judgment Index # 17730/2008.

John Dietz, Referee

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
53 Gibson Street
Bay Shore, NY 11706

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------X   Index No.: 17730/2008
Nationstar Mortgage LLC,

                                    Plaintiff,   **AFFIDAVIT OF SERVICE**

        -against-
Michael Joseph Merlo a/k/a Michael J. Merlo, America's
Wholesale Lender, Maria Merlo,
                               Defendants.
-----------------------------------------------------------------X

**STATE OF NEW YORK**

**COUNTY OF SUFFOLK**

    I, Diane Frank, being sworn, says: I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

    On December 29, 2016, I served the within Notice of Sale on:

John Dietz, Esq.- Referee
186 Old Pond Court
Jericho, NY 11753-2823

Michael Joseph Merlo
529 Ocean Avenue
Massapequa, NY 11758

Any and All Occupants
529 Ocean Avenue
Massapequa, NY 11758

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                _/s/ Diane Frank_
                                                                 Diane Frank

Sworn before me this 29th
day of December, 2016

_/s/ Alison M Viggiano_

ALISON M VIGGIANO
Notary Public, State of New York
Qualified in Nassau County
Commission Expires August 3, 2019

# NOTICE OF SALE

SUPREME COURT COUNTY OF NASSAU, MTGLQ INVESTORS, LP, Plaintiff, vs. MICHAEL JOSEPH MERLO A/K/A MICHAEL J. MERLO, ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly entered on September 28, 2016, and an Order duly entered on October 24, 2018, I, the undersigned Referee will sell at public auction at the front steps on the north side of the Nassau County Supreme Court, 100 Supreme Court Drive, Mineola, NY on July 11, 2022 at 2:30 p.m., premises known as 529 Ocean Avenue, Massapequa, NY 11758. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Oyster Bay, County of Nassau and State of New York, Section 52, Block 212 and Lot 566-569. Approximate amount of judgment is $398,629.72 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index # 017730/2008. This foreclosure sale will be held on the North Side Steps of the Courthouse, rain or shine. COVID-19 safety protocols will be followed at the foreclosure sale. If proper social distancing cannot be maintained or there are other health or safety concerns, the Court Appointed Referee will cancel the sale.

John Dietz, Esq., Referee

Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004, Attorneys for Plaintiff

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------------X
MTGLQ INVESTORS, L.P.,                                    Index No. 17730/2008

                              Plaintiff,

                 -against-
                                                  **AFFIRMATION**

MICHAEL JOSEPH MERLO A/K/A MICHAEL J.
MERLO; AMERICA`S WHOLESALE LENDER; and
MARIA MERLO,

                              Defendants
-----------------------------------------------------------------------X

       Michael W. Nardolillo, Esq. pursuant to CPLR § 2106 and under the penalties of perjury, affirms as follows:

1.    I am an attorney at law duly licensed to practice in the state of New York and am affiliated with the Law Firm of Friedman Vartolo LLP, the attorneys of record for Plaintiff in the above-captioned mortgage foreclosure action. As such, I am fully aware of the underlying action, as well as the proceedings had herein.

2.    That all Federal, State, and Local Statutes, Laws, Rules and Regulations, Mandates and Executive Orders with respect to Mortgage Foreclosure, Foreclosure Prevention and Home Retention as well as all conditions precedent to the commencement of an action to foreclosure a residential mortgage have been complied with in the instant action.

3.    A copy of the Notice of Sale was simultaneously sent to the owner of the equity of redemption at both his/her last known address and the property address on June 3, 2022.


DATE: June 3, 2022

                                                          /s/ Michael W. Nardolillo
                                                          Michael W. Nardolillo, Esq.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X
MTGLQ INVESTORS, L.P.,                        Index No. 17730/2008
                                    Plaintiff,

       -against-                              **AFFIDAVIT OF MAILING**

MICHAEL JOSEPH MERLO A/K/A MICHAEL J.
MERLO; AMERICA`S WHOLESALE LENDER; and
MARIA MERLO,

                                    Defendants
-------------------------------------------------------------------X
STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NASSAU       )

TRISTAN VILLANUEVA, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in NASSAU County, New York.

On June 3, 2022, I served a true copy of the annexed **NOTICE OF SALE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below.

Michael Joseph Merlo A/K/A Michael J. Merlo
529 Ocean Avenue
Massapequa, New York 11758

America`s Wholesale Lender
5220 Las Virgenes Road
Calabasas, California 91302

James J. Quail, Esq.
**James J. Quail & Associates, P.C.**
*Attorney for Defendant Maria F. Merlo*
5550 Merrick Road, Suite 300
Massapequa, New York 11758

Maria F. Merlo
529 Ocean Avenue
Massapequa, New York 11758

Occupant(s)
529 Ocean Avenue
Massapequa, New York 11758

John Dietz, Esq.
As Appointed Referee
186 Old Pond Court
Jericho, New York 11753

_____
TRISTAN VILLANUEVA

Sworn to before me on this
3rd day of June, 2022

_____
Notary Public

JENNIFER BURKE
NOTARY PUBLIC, STATE OF NEW YORK
No. 01BU6203256
Qualified in Nassau County
Commission Expires 3/30/25