UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X  CASE NO.: 22-71690-reg

In re:

    Michael J. Merlo,

CHAPTER 7

HON JUDGE:

ROBERT E. GROSSMAN

                        Debtor.

---------------------------------------------------------------------X

## ORDER GRANTING IN REM RELIEF FROM
## THE AUTOMATIC STAY

**UPON** consideration of the Application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust(together with any successor and/or assign, "Movant"), for an order, pursuant to sections 362(d)(4) and 362(d)(1) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Movant's interests 529 Ocean Avenue, Massapequa, NY 11758 (Section: 0052; Block: 00212-00; Lots: 00566-569) (the "Property").  This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED,** that pursuant to section 362(d)(4) of the Bankruptcy Code, the automatic stay in effect pursuant to section 362(a) of the Bankruptcy Code is vacated upon entry of the within Order and any future filing in any case under the Bankruptcy Code purporting to affect the real property known as 529 Ocean Avenue, Massapequa, NY 11758 (Nassau County, Section: 0052; Block: 00212-00; Lots: 00566-569) shall not operate as a stay against Movant, its

successors and/or assigns for a period of two years marked from entry of the within Order; and it is further

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under sections 362(d)(1)-(2) of the Bankruptcy Code as to the Movant's interest in the Property to allow the Movant's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED** that the 14 day stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order; and it is further

**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $1,050.00 and costs in the amount of $188.00 as provided; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that Movant shall promptly report any surplus funds generated from the sale of the Property to the Chapter 7 Trustee.