UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X   CASE NO.: 22-71690-reg

In re:
                                                                                           CHAPTER 7

    Michael J. Merlo,

                          Debtor.          HON JUDGE:

                                                                               ROBERT E. GROSSMAN

---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       On August 19, 2022, I caused to be served a true copy of the annexed **MOTION FOR IN REM RELIEF FROM STAY AND SUPPORTING PAPERS, AND PROPOSED ORDER** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: August 19, 2022
       Garden City, New York

By: _____
Richard Postiglione, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

## SERVICE LIST

TO:

Michael J Merlo
529 Ocean Avenue
Massapequa, NY 11758
***Debtor***

Maria Merlo
529 Ocean Avenue
Massapequa, NY 11758
***Occupant***

Julio Ceasar Galarza
Galarza Law office, P.C.
5020 Sunrise Highway, 2nd Floor
Massapequa Park, NY 11762
***Debtor's Attorney***

Kenneth Kirschenbaum
Kirschenbaum & Kirschenbaum
200 Garden City Plaza
Suite 315
Garden City, NY 11530
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***