UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

    Michael J. Merlo,                                      Case no. 22-71690-reg

                                                                     Chapter 7

                              Debtor.
-----------------------------------------------------------------X

## ORDER

For the reasons set forth in the Memorandum Decision dated November 10, 2022, it is hereby

ORDERED, that the portion of the Motion seeking *in rem* relief pursuant to 11 U.S.C. § 362(d)(4) with respect to the property located at 529 Ocean Avenue, Massapequa, NY 11758 (Section: 0052; Block: 00212-00; Lots: 00566-569) is granted.



Dated: Central Islip, New York
November 10, 2022

                                                                                      _____
                                                                                      Robert E. Grossman
                                                                                       United States Bankruptcy Judge